UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                  CIVIL NO. 08-4694 (JMR/AJB)

        PETITIONER,

V.                                                              **ORDER**

HALSTON C. KEARNEY,

        RESPONDENT.

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated February 25, 2009. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that:

(1) The Petition to Determine Present Mental Condition of an Imprisoned Person Due for Release Under 18 U.S.C. § 4246 is **GRANTED**;

(2) Respondent is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another or serious damage to property of another, and for the treatment of which he is in need of hospitalization in a suitable psychiatric facility;

(3) Suitable arrangements for State custody and care of Respondent are presently unavailable;

(4) Respondent is committed to the custody of the United States Attorney General; and

(5) FMC Rochester or a similar Bureau of Prisons medical center is a suitable facility at which to treat Respondent's mental illness.

Dated: March 13, 2009

                                        s/James M. Rosenbaum
                                        The Honorable James M. Rosenbaum
                                        United States District Court